IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RACHEL CORINA LUNA<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:22-cv-01151 |
| NATIONS DIRECT MORTGAGE, LLC<br>*Defendant* | §<br>§<br>§ | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2022, I served a copy of the Court's April 13, 2022, Order for Conference and Disclosure of Interests Parties on Plaintiff's counsel as follows:

***Via Email: brandyalexander@alexanderpllc.com***
Brandy M. Alexander
2502 La Branch St.
Houston, Texas 77004

Respectfully submitted,

HUGHES WATTERS ASKANASE, LLP

By: _____
Damian W. Abreo
Texas Bar No. 24006728
Total Plaza
1201 Louisiana Street, 28th Floor
Houston, Texas 77002
(713) 759-0818 (Telephone)
(713) 759-6834 (Facsimile)
dabreo@hwa.com (E-mail)

**ATTORNEY FOR DEENDANT,
NATIONAL DIRECT MORTGAGE, LLC**