```
SERN ████████              SER PROCESS NOTES        333/001    07/18/22   13:43:37
RC LUNA                          11/01/18  TYPE CONV. PMI                   M:M
16022 KUBE CT JERSEY VILLAGE TX 77040
02/16/22 ------------------------* PROCESS NOTES *------------------------------
02/16/22  14:06:05 NBX  CBR-GENERAL DISPUTE-INVALID
                        EQUIFAX DISPUTE. REVIEWED PAYMENT HISTORY, ACT OPE
                        NED 1-13-17 BOARDED 1-20-17. ACCT STATUS ACTIVE WI
                        TH 180+ DAYS PAST DUE DATE PAYMENT RATING. UPDATED
                         DATE OF LAST PAYMENT, CURRENT BALANCE, AMOUNT PAS
                        T DUE, ACTUAL PAYMENT AMOUNT & MONTHLY PAYMENTS TO
                         MATCH HISTORY. ALL OTHER REPORTING IS ACCURATE. 6
                        0-DAY NEG SUPPLY ADDED.
02/16/22  14:03:09 NBX  ACDV-103 CLAIMS IDENTITY FRAUD/ACCT FRAUD OPENED
                        RESPONSE TO BORROWER DISPUTE ON EQUIFAX
02/14/22  19:12:55 NBX  CBR-GENERAL DISPUTE-INVALID
                        EXPERIAN DISPUTE. REVIEWED PAYMENT HISTORY, ACT OP
                        ENED 1-13-17 BOARDED 1-20-17. ACCT STATUS ACTIVE W
                        ITH 180+ DAYS PAST DUE DATE PAYMENT RATING. UPDATE
                        D DATE OF LAST PAYMENT, CURRENT BALANCE, AMOUNT PA
                        ST DUE, ACTUAL PAYMENT AMOUNT & MONTHLY PAYMENTS T
                        O MATCH HISTORY. ALL OTHER REPORTING IS ACCURATE.
                        60-DAY NEG SUPPLY ADDED.
```

**EXHIBIT D**

```
SERN ████████             SER PROCESS NOTES        333/001    07/18/22  13:43:43
RC LUNA                         11/01/18 TYPE CONV. PMI                   M:M
16022 KUBE CT JERSEY VILLAGE TX 77040
02/14/22 ---------------------* PROCESS NOTES *------------------------------
02/14/22  12:54:09 NBX  ACDV-103 CLAIMS IDENTITY FRAUD/ACCT FRAUD OPENED
                        RESPONSE TO BORROWER DISPUTE ON EXPERIAN
02/09/22  15:02:07 JKM  LMA VAL LTR COMPLETED
02/04/22  15:55:13 MHR  LMA FLEX NO-DOC FILE
11/23/21  11:29:21 MGE  LEFT MESSAGE TO CALL
                        CLOSED DCOUT2
11/23/21  11:29:14 MGE  WORKOUT DOCUMENTATION FOLLOW UP
11/23/21  11:29:11 MGE  SPOC OUTBOUND CALL
11/03/21  16:55:14 MGE  LEFT MESSAGE TO CALL
                        CLSD OUT DOCOUT OPEN DCOUT2
11/03/21  16:54:40 MGE  WORKOUT DOCUMENTATION FOLLOW UP
11/03/21  16:54:37 MGE  SPOC OUTBOUND CALL
10/19/21  11:12:31 APE  ***FLEX NO DOC LOAN MOD TRIAL OFFER APPROVED***
                        NEED A RESPONSE FROM BRW TO ACTIVATE TRIAL OFFER
                        VERBAL ACCEPTANCE REQUIRED OR 1ST PAYMENT ASAP
                        * TRIAL PERIOD 12/21-02/22   TRIAL PMT $2753.89 *
10/18/21  23:20:41 APE  EFFECTIVE: 12-01-21  MODIFY CODE: FNTRL
                        FNMA TRIAL MODIFICATION
```

```
SERN   ████████████        SER PROCESS NOTES        333/001   07/18/22  13:43:48
RC LUNA                       11/01/18 TYPE CONV. PMI                    M:M
16022 KUBE CT JERSEY VILLAGE TX 77040
10/18/21 -----------------------* PROCESS NOTES *-------------------------------
10/18/21  12:40:52 APE   ESCROW CALCULATOR DONE FOR LM - DOCS SCANNED TO AX
                         - 45 DAY ANALYSIS STOP "F" ADDED TO LOAN
10/12/21  14:16:22 MSY   LMA VAL LTR COMPLETED
10/09/21  10:29:42 MHR   LMA FLEX NO-DOC FILE
09/28/20  15:23:18 MDU   LMA SPC REVIEW
                         LOSS MIT HOLDS REPORT
06/11/20  09:48:00 SMU   NON CASH THE FOLLOWING:
                         O&E REPORT:     $ 125.00
                         PROPERTY REPORT: $ 125.00
                         FNMA TECH FEES: $ 30.00
                         TOTAL: $ 280.00
06/03/20  10:54:26 ABO   PER WUSP REPORT 06/02/20 ACH DATE 05/28/20 IAO
                         $6,124.74 WAS RETURNED INSUFFICIENT FUNDS.
05/28/20  13:50:36 DOD   SPOC INBOUND CALL
                         FULLY VERIFIED AND TRANSFERRED CALL TO SHARON,
                         AT EXTENSION 5801, INITIALS, SHE. RE: PBP
05/28/20  13:49:31 DOD   RIGHT PARTY CONTACT - TALKED TO BORROWER 1
05/28/20  13:49:28 DOD   RCVD VERBAL CONSENT TO EMAIL L/M COMMUNICATION


SERN   ████████████        SER PROCESS NOTES        333/001   07/18/22  13:43:50
RC LUNA                       11/01/18 TYPE CONV. PMI                    M:M
16022 KUBE CT JERSEY VILLAGE TX 77040
05/28/20 -----------------------* PROCESS NOTES *-------------------------------
05/28/20  13:49:24 DOD   RCVD CONSENT TO CALL CELLPHONE # USING AUTO DIALER
05/18/20  13:45:44 VSO   TTB1 INQ ABT MAKING BEHIND PYMNT. REQ TO XFR TO LM
                         DEPT TO MAKE PYMNT
05/08/20  18:49:41 RHS   TT B1 INQ ON MOD XFERED TO LOSS MIT DEPT
05/08/20  18:43:50 JHH   TT NO ONE
                         NO RESPONSE: CALL GOT DISCONNECTED
04/14/20  09:29:24 AEI   LOAN ANALYZED PER OPEN ITEM REPORT
03/31/20  20:28:28 GWS   CALLED TO MAKE A PAYMENT, TRANSFERRED CALLER TO BA
                         RBARA WOODHOUSE TO MAKE PAYMENT
02/28/20  13:34:43 KWA   TT B1 INQ ON MOD XFERED TO LOSS MIT DEPT
                         ACCOUNT FULLY VERIFIED
01/31/20  18:50:28 KTN   TT B1 INQ ON MOD XFERED TO LOSS MIT DEPT. FULLY VE
                         RIFIED.
12/27/19  17:47:39 SFH   TT B1 INQ ON MOD XFERED TO LOSS MIT DEPT
                         FULLY VERIFIED
11/21/19  14:04:00 MGY   LMA SPCLST QC REVIEW
                         PLACED FILE BACK IN DRAWER.
11/19/19  08:27:40 MHL   ONE PAYMENT POSTED FROM SUSPENSE
```

```
SERN                              SER PROCESS NOTES        333/001    07/18/22  13:43:52
RC LUNA                              11/01/18 TYPE CONV. PMI                    M:M
16022 KUBE CT JERSEY VILLAGE TX 77040
11/18/19 ------------------------* PROCESS NOTES *-------------------------------
11/18/19  15:46:01 LBN   TT B1 INQ ON MOD XFERED TO LOSS MIT DEPT
11/04/19  17:40:42 LTA   TT B1 INQ ON MOD XFERED TO LOSS MIT DEPT B1 IS
                         FULLY VERIFIED WANTS TO MAKE PAYMENT
10/11/19  14:26:05 405   PER WUSP 10/10/2019 ACH DATE 10/07/2019 FOR $3062.
                         37 WAS RETURNED DUE TO INSUFFICIENT FUNDS
10/07/19  16:09:40 LSK   TT B1 INQ ON MOD XFERED TO LOSS MIT DEPT
                         FULLY VERIFIED
09/17/19  21:24:18 JRA   EFFECTIVE: 11-01-19  MODIFY CODE: FNTRL
                         FNMA TRIAL MODIFICATION
09/17/19  10:17:40 MGY   LMA SPCLST QC REVIEW
                         PLACED FILE BACK IN DRAWER.
09/17/19  08:42:45 BLK   LMA REVIEW
09/16/19  14:45:55 NLZ   AUDIT FILE SCANNED IN A/X, SENT TO STORAGE BOX #
                         2400007232
09/11/19  09:27:26 CRP   LMA VAL LTR COMPLETED
09/06/19  13:31:53 MDU   LMA LTR AUD REVIEW
09/06/19  10:19:27 BDA   ESCROW CALCULATOR DONE FOR LM - DOCS SCANNED TO AX
                         - 45 DAY ANALYSIS STOP "F" ADDED TO LOAN
```

```
SERN                            SER PROCESS NOTES       333/001    07/18/22  13:43:54
RC LUNA                         11/01/18 TYPE CONV. PMI                      M:M
16022 KUBE CT JERSEY VILLAGE TX 77040
09/04/19 ---------------------* PROCESS NOTES *--------------------------------
09/04/19  16:46:50 SJS   FROM MEM1:
                         PER SCRA NOT ACTIVE
08/15/19  15:30:02 KCM   FROM MEM1:
                         RACHEL@THEHEIGHTS.COM - BRW
08/13/19  09:07:23 BZI   NEW PACKAGE RECIEVED,NEWGSE OPENED PASSED FILE TO
                         MHO
08/13/19  09:06:10 BZI   L/M INBOUND MAIL - RCVD VIA EMAIL PROXY
                         REC'D 08/12/2019
08/08/19  15:35:40 SHE   RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                         MRS STTS TITLE ISSUES RESOLVED SNDNG PRF
                         AND UPDTED APPLCTN DUE TO TITLE ISSUE SHE HAS MISS
                         ED OUT ON A NO DOC AND FULL DOC
08/08/19  15:33:52 SHE   SPOC INBOUND CALL
07/24/19  10:41:18 MGS   FC SET-UP AUDIT COMPLETED
07/10/19  13:36:04 MDU   LMA VAL LTR COMPLETED
07/08/19  11:07:03 MHR   LMA FLEX NO-DOC FILE
07/03/19  11:59:28 TTD   ****TC REVIEW**** RECVD COPY OF LIEN RELEASES POST
                         MODIFICATION DENIAL. UPLOADED TO APX.
```

```
SERN   [REDACTED]              SER PROCESS NOTES      333/001     07/18/22   13:43:56
RC LUNA                         11/01/18 TYPE CONV. PMI                      M:M
16022 KUBE CT JERSEY VILLAGE TX 77040
07/03/19 ---------------------* PROCESS NOTES *------------------------------
07/03/19  11:30:42 JLG    EMAILED LUNA MITPKG AND UPLOADED DOCS FOR TITLE
                          SENT AFTER LOAN DENIED.  ADVISED RAQUEL
                          TO RE-APPLY FULL DOC TITLE UPDATES IN APX.*
07/03/19  10:08:10 JLG    SENT DOCS RECEIVED AFTER DENIED TO APX.
                          SENT MITPKG TO BORROWER.
07/02/19  16:25:33 DGI    RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                          SHE NEEDS TO GET ALL THESE ITEMS COMPLETED OR PROO
                          F THAT IT'S NOT HERS-   ****TC REVIEW**** FORWARD
                          FOLLOW UP EMAIL TO JLG S    PECIALIST:DO YOU HAPPEN
                           TO HAVE AN ETA ON RESOLUTI    ON FOR THE BELOW DEF
                          ECTS, APPEARING ON TITLE?    LIENS/JUDGMENTS: CHILD
                           SUPPORT 7,151.25/7/30/15;  F    IDELITY NATIONAL TI
                          TLE INSURANCE COMP 15,739.91/10    /26/16; RCL INVE
                          STMENTS 39,686.62/7/28/17; FEDERAL    TAX LIEN 29,
                          374.12/10/23/18.
07/02/19  16:24:55 DGI    RIGHT PARTY CONTACT - TALKED TO BORROWER 1


SERN   [REDACTED]              SER PROCESS NOTES      333/001     07/18/22   13:43:58
RC LUNA                         11/01/18 TYPE CONV. PMI                      M:M
16022 KUBE CT JERSEY VILLAGE TX 77040
07/02/19 ---------------------* PROCESS NOTES *------------------------------
07/02/19  16:24:55 DGI    RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                          B1 CI PER JLG FULL DOC NEED TO COMPLETE AND SEND
                          IN IF TITLE LEIN REQUEST NOT SENT IN.  DENIAL HAS
                          BEEN SENT DUE TO NO RESPONSE TO JLG EMAILS FOR
                          PROOF. NEEDS TO GET ALL THE ITEMS COMPLETED OR
                          PROOF THAT IT'S NO HER.
                          WANTED TO MAKE A PMT, TXRD TO COLL.
07/02/19  16:21:22 DGI    SPOC INBOUND CALL
07/01/19  14:50:56 JLG    *REMOVED FROM LOSS MIT-SLM MOD OFFER
                          ADDL DOCS REQUIRED TO COMPLETE MOD DOCS
                          NEVER RECEIVEDFOR TITLE ISSUES
                          WKSTATION CLOSED SENT QL673 LETTER DENIED.*
                          EMAILED BORROWER AGAIN FOR STATUS OF ITEMS
                          REQUIRED TO MOVE LOAN FORWARD OR CANCEL GO
                          FULL DOC IF ITEMS GONNA NOT BE RESOLVED TIMELY
                          CC TTD
06/27/19  11:14:54 NLZ    AUDIT FILE SCANNED IN A/X, SENT TO STORAGE BOX #
                          2400007076
```

```
SERN  [REDACTED]                SER PROCESS NOTES      333/001     07/18/22   13:43:59
RC LUNA                        11/01/18 TYPE CONV. PMI                         M:M
16022 KUBE CT JERSEY VILLAGE TX 77040
05/22/19 ------------------------* PROCESS NOTES *------------------------------
05/22/19  13:15:52 SLO   NO ANSWER / BUSY LINE
05/22/19  13:15:49 SLO   LOSS MITIGATION PACKAGE FOLLOW UP
05/22/19  13:15:47 SLO   SPOC OUTBOUND CALL - AVAYA
05/08/19  11:08:05 SLO   RIGHT PARTY CONTACT - TALKED TO BORROWER 1
05/08/19  11:07:50 SLO   LOSS MITIGATION PACKAGE FOLLOW UP
05/08/19  11:07:47 SLO   SPOC OUTBOUND CALL - AVAYA
04/30/19  15:46:43 JLG   ESCROW CALCULATOR DONE FOR LM - DOCS SCANNED TO AX
                         - 45 DAY ANALYSIS STOP "F" ADDED TO LOAN
04/26/19  12:54:07 NLZ   AUDIT FILE SCANNED IN A/X, SENT TO STORAGE BOX #
                         2400006864
04/23/19  08:49:16 BLK   LMA REVIEW
04/22/19  16:50:45 MGY   LMA SPCLST QC REVIEW
                         PLACED FILE BACK IN DRAWER.
04/15/19  09:38:49 TKN   LMA SPC REVIEW
                         VALOUT REPORT
                         CLOSED TASK, AVM RECEIVED
04/04/19  15:16:02 FWY   LMA VAL LTR COMPLETED
04/04/19  14:49:03 BLK   LMA LTR AUD REVIEW


SERN  [REDACTED]                SER PROCESS NOTES      333/001     07/18/22   13:44:01
RC LUNA                        11/01/18 TYPE CONV. PMI                         M:M
16022 KUBE CT JERSEY VILLAGE TX 77040
04/02/19 ------------------------* PROCESS NOTES *------------------------------
04/02/19  15:04:58 SNK   ESCROW CALCULATOR DONE FOR LM - DOCS SCANNED TO AX
                         - 45 DAY ANALYSIS STOP "F" ADDED TO LOAN
04/01/19  10:56:43 PRZ   LMA INQUIRY PROXY REQUEST
                         FWD TO MHO
03/15/19  21:22:01 JLG   EFFECTIVE: 04-01-19  MODIFY CODE: FNTRL
                         FNMA TRIAL MODIFICATION
03/15/19  17:20:50 JLG   **FLEX NO DOC LOAN MOD TRIAL OFFER APPROVED***
                         NEED A RESPONSE FROM BRW TO ACTIVATE TRIAL OFFER
                         VERBAL ACCEPTANCE REQUIRED OR 1ST PAYMENT ASAP
                         ** LOSS MIT FLEX LOAN MOD OFFER APPROVED **
                         *TRIAL PERIOD 04/19-06/19 TRIAL PAYMENT $3056.96
03/15/19  14:10:46 JLG   ESCROW CALCULATOR DONE FOR LM - DOCS SCANNED TO AX
                         - 45 DAY ANALYSIS STOP "F" ADDED TO LOAN
03/12/19  11:37:17 KSN   LMA VAL LTR COMPLETED
03/11/19  12:07:15 MHO   RECVD:SUPPORTING DOCUMENTATION ACCORDING TO BWR
```

```
SERN  ███████████            SER PROCESS NOTES      333/001    07/18/22  13:44:02
RC LUNA                       11/01/18 TYPE CONV. PMI                    M:M
16022 KUBE CT JERSEY VILLAGE TX 77040
03/11/19 ------------------------* PROCESS NOTES *------------------------------
03/11/19  12:07:15  MHO   RECVD:SUPPORTING DOCUMENTATION ACCORDING TO BWR
                          TO RESOLVE ANY MATTERS RELATING TO TITLE, BWR NAME
                          IS RACHEL CORINA LUNA, MOTHER NAME IS RACHEL LUNA
                          KING,LTR STATING NO LONGER GARNISHING WAGES FOR
                          RACHEL CORINA LUNA,COPY OF A DEED, AND ABSTRACT
                          OF JUDGMENT
03/08/19  14:47:52  MHR   LMA FLEX NO-DOC FILE
03/08/19  11:14:14  CCZ   SENT FNMA PKG VIA EM TO B1
03/08/19  11:10:45  CCZ   RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                          STATED SHE SENT IN ALL ITEMS REGARDING THE LIENS
                          3/4/19 AND THE LAST ITEM 3/7/19. STATED WILL HAVE
                          TO RE-APPLY. SHE WILL COMPLETE. REQST LOSS MIT PKG
                          BE SENT AS SYSTEM NOT ALLOWING APPS TO BE ACCESS
                          TO EMAILED. .
03/08/19  10:31:04  CCZ   SPOC INBOUND CALL
                          REVIEWED FILE. CHECKED AX FOR RELEASE. AX NOT RESP
                          REPSONDING. CALL DROPPED. SENT EM TO SPC
03/08/19  10:28:40  PMZ   RIGHT PARTY CONTACT - TALKED TO BORROWER 1
```

```
SERN ████████                 SER PROCESS NOTES        333/001   07/18/22  13:44:04
RC LUNA                             11/01/18 TYPE CONV. PMI               M:M
16022 KUBE CT JERSEY VILLAGE TX 77040
03/08/19 ------------------------* PROCESS NOTES *-------------------------------
03/08/19  10:28:40  PMZ  RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                         CALLD IN STTDNG SEND DOCS BEING REQ ADV WILL BE IN
                         REVIEW FROM DISASTER TEAM
03/08/19  10:03:06  PMZ  SPOC INBOUND CALL
                         WARM TRANSFER FROM
03/06/19  12:07:14  KAM  NEW PACKAGE RECIEVED,NEWGSE OPENED PASSED FILE TO
                         MHO
03/06/19  12:07:07  KAM  L/M INBOUND MAIL - RCVD VIA EMAIL PROXY
                         RCV'D 3.5.19
03/05/19  19:49:31  PWD  RIGHT PARTY CONTACT - TALKED TO BORROWER 1
```

```
SERN ███████████          SER PROCESS NOTES         333/001    07/18/22  13:44:06
RC LUNA                       11/01/18 TYPE CONV. PMI                     M:M
16022 KUBE CT JERSEY VILLAGE TX 77040
03/05/19 ------------------------* PROCESS NOTES *------------------------------
03/05/19  19:49:31 PWD   RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                         XFERED FROM C/S. BR STATED SHE HAD THINGS IN HER N
                         AME WHICH CAUSED HER L/M APPLICATION TO BE DENIED.
                         STATED HER AND HER MOTHER SHARE THE SAME EXACT LAS
                         T NAME.ADVISED BR THAT IF THIS IS SO, SHE WOULD HA
                         VE TO SEND PROOF VIA PRIOR NOTES THAT AR IN LMTN.
                         ADVISED BR THAT SHOULD WOULD HAVE TO SEND DOCS SHO
                         WIN THAY JUDGMENTS ARE NOT HERS OR THAT THEY HAVE
                         BEEN SETTLED.BR STATED SHE WILL EMAIL INFO TO US T
                         ONIGHT.
03/05/19  19:18:50 PWD   SPOC INBOUND CALL
12/21/18  13:53:48 NKD   PAID INVOICE VIA NIV ITAO $125.00 TO 1ST AMERICAN
                         TITLE INSUR FOR 670-PROPERTY REPORT WD11744674A
12/05/18  12:49:35 NLZ   AUDIT FILE SCANNED IN A/X, SENT TO STORAGE BOX #
                         2400006579
11/28/18  15:13:05 405   PER WUSP 11/27/2018 ACH DATE 11/21/2018 FOR $2714.
                         55 WAS RETURNED DUE TO INSUFFICIENT FUNDS
10/23/18  09:24:43 CDS   LOAN ANALYZED PER OPEN ITEM REPORT


SERN ███████████          SER PROCESS NOTES         333/001    07/18/22  13:44:09
RC LUNA                       11/01/18 TYPE CONV. PMI                     M:M
16022 KUBE CT JERSEY VILLAGE TX 77040
08/20/18 ------------------------* PROCESS NOTES *------------------------------
08/20/18  12:24:48 LCE   ESCROW CALCULATOR DONE FOR LM - DOCS SCANNED TO AX
                         - 45 DAY ANALYSIS STOP "F" ADDED TO LOAN
08/02/18  09:32:43 NRL   ONE PAYMENT POSTED FROM SUSPENSE
05/11/18  12:17:04 QRL   LMA VAL LTR COMPLETED
05/10/18  21:11:21 KBY   EFFECTIVE: 06-01-18  MODIFY CODE: FNTRL
                         FNMA TRIAL MODIFICATION
05/09/18  15:37:21 LNG   LMA FLEX NO-DOC FILE
02/06/18  11:00:08 TJN   ESCROW CALCULATOR DONE FOR LM - DOCS SCANNED TO OC
                         E - 45 DAY ANALYSIS STOP "F" ADDED TO LOAN
10/02/17  14:50:17 YFN   TT B1 INQ ON ANA EXPLAINED ESCROW SHORTAGE
                         ADVSD TO CHECK W/ COUNTY TO SEE IF HMSTED
                         IS ON TAX BILL, SEND INFO
09/14/17  09:19:56 MBL   LOAN ANALYZED PER OPEN ITEM REPORT
09/08/17  18:01:24 TBW   TT B1 STATES PYMT RTRND BUT MADE 2ND PYMT VIA BILL
```

```
SERN    ████████              SER PROCESS NOTES        333/001    07/18/22  13:44:10
RC LUNA                       11/01/18 TYPE CONV. PMI                       M:M
16022 KUBE CT JERSEY VILLAGE TX 77040
 9/08/17 ----------------------* PROCESS NOTES *-------------------------------
09/08/17  18:01:24 TBW    TT B1 STATES PYMT RTRND BUT MADE 2ND PYMT VIA BILL
                          PAY ON 8/31/17 & INQ ON IF RCVD. ADV NO, ONLY HAVE
                          NOTIF OF RTRND PYMT. B1 **B1 STATES EFFECTED BY
                          HURR HARVEY & DOES NOT NO IF THATS WHY PYMT HAS
                          NOT BEEN RCVD.** XFRD TO ACCT SPEC/PROVD PH#.
                          FULLY VERF
09/07/17  11:00:55 677    PER NOC REPORT 09/07/2017 DRFT DATE 08/29/2017 FOR
                          $3200.98 WAS RETURNED DUE TO INSUFFICIENT FUNDS
08/31/17  20:12:26 OTD    DMI WEB ONE TIME DRAFT PMT INITIATED
08/29/17  12:04:57 OTD    DMI WEB ONE TIME DRAFT PMT INITIATED
07/30/17  00:48:54 OTD    DMI WEB ONE TIME DRAFT PMT INITIATED
06/16/17  18:41:07 OTD    DMI WEB ONE TIME DRAFT PMT INITIATED
05/16/17  17:42:25 OTD    DMI WEB ONE TIME DRAFT PMT INITIATED
04/27/17  19:58:54 OTD    DMI WEB ONE TIME DRAFT PMT INITIATED
03/06/17  20:12:55 OTD    DMI WEB ONE TIME DRAFT PMT INITIATED
01/23/17  15:48:25 KBT    AUDPMI RCD AS 02-18  CGE TO 02-17      DUE DATE


*** END OF NOTES ***
```