```
LMTN ████████████    _____    LMT PROCESS NOTES R APE 333/001   07/18/22  13:42:14
RC LUNA      INV DECLINED         11/01/18 TYPE CONV. PMI            MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
04/01/22 ----------------------* PROCESS NOTES *----------------------------
04/01/22  12:31:59 APE  *** REMOVED FROM LOSS MIT ****
                        FCL SALE DATE SET ON SUBJECT PROP.
02/04/22  15:55:09 MHR  LETTER SENT   QL784 BPO/Appraisal copy to Borr
02/04/22  15:55:06 MHR  ACTIVATED FILE FOR FLEX NO DOC REVIEW.
                        PULLED AVM.
                        PASSING FILE TO ANJANA PATEL.
01/04/22  15:09:29 APE  *REMOVED FROM LOSS MIT-SLM MOD OFFER EXPIRED*
                        NO PAYMENT REC'D-NO RESPONSE OR ACCEPTANCE
11/23/21  11:39:29 USH  DISCONNECTED PHONE NUMBER
                        OFFICE/WORK PHONE IS NO LONGER IN SERVICE
11/23/21  11:39:06 USH  WORKOUT DOCUMENTATION FOLLOW UP
11/23/21  11:39:00 USH  SPOC OUTBOUND CALL
```

EXHIBIT E

```
LMTN ██████████   _____     LMT PROCESS NOTES R APE 333/001   07/18/22  13:42:17
RC LUNA        INV DECLINED        11/01/18 TYPE CONV. PMI              MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
11/23/21 ---------------------* PROCESS NOTES *---------------------------
11/23/21  11:38:26 USH  WORKOUT DOCUMENTATION FOLLOW UP
                            ***APE  ***FLEX NO DOC LOAN MOD TRIAL OFFER APPR
                        OVED***
                            NEED A RESPONSE FROM BRW TO ACTIVATE TRIAL OF
                        FER
                            VERBAL ACCEPTANCE REQUIRED OR 1ST PAYMENT ASA
                        P
                            * TRIAL PERIOD 12/21-02/22  TRIAL PMT $2753.8
                        9 *
                        MHR  LETTER SENT   QL784 BPO/APPRAISAL COPY TO BOR
```

```
LMTN    ████████   _____      LMT PROCESS NOTES R APE 333/001   07/18/22  13:42:18
RC LUNA        INV DECLINED       11/01/18 TYPE CONV. PMI                 MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
11/23/21 ----------------------* PROCESS NOTES *-----------------------------
11/23/21  11:37:33 USH  WORKOUT DOCUMENTATION FOLLOW UP
                          101821 APE ANPATEL: TRIAL FLX MOD TO BE SENT. DO
                        CS/CHECK NEED
                                  TO BE SENT BACK BY 31-DEC-21. TRIAL PER
                        IOD WILL BE
                        101821 APE FROM 01-DEC-21 TO 01-FEB-22. TRIAL PAYM
                        ENT IS
                                  $2,753.89. CALCULATIONS BASED ON GROSS
                        INCOME CF
                                  $.00, NET INCOME OF $.00, PRE-MOD PRINC
11/23/21  11:35:30 USH  LEFT MESSAGE ON A VOICEMAIL
                        ****WHEN BORROWER CALLS BACK- PLEASE ADVISE THEM
                        OF THE FLEX MODIFICATION TRIAL PAYMENT PLAN IN THE
                        NOTES: IT IS SET TO START 12/1-2/1/2022***********
                        ******IF BORROW CAN SUCCESSFULLY COMPLETE TRIAL--
                        MOD PMT PLAN/AGREEMENT COULD BE APPROVED FOR FINAL
                        AND PERMANENT MODIFICATION************************
                        *********
11/23/21  11:32:50 USH  WORKOUT DOCUMENTATION FOLLOW UP

LMTN    ████████   _____      LMT PROCESS NOTES R APE 333/001   07/18/22  13:42:20
RC LUNA        INV DECLINED       11/01/18 TYPE CONV. PMI                 MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
11/23/21 ----------------------* PROCESS NOTES *-----------------------------
11/23/21  11:32:49 USH  SPOC OUTBOUND CALL
10/19/21  11:12:19 APE  ***FLEX NO DOC LOAN MOD TRIAL OFFER APPROVED***
                        NEED A RESPONSE FROM BRW TO ACTIVATE TRIAL OFFER
                        VERBAL ACCEPTANCE REQUIRED OR 1ST PAYMENT ASAP
                        * TRIAL PERIOD 12/21-02/22  TRIAL PMT $2753.89 *
10/09/21  10:29:38 MHR  LETTER SENT   QL784 BPO/Appraisal copy to Borr
10/09/21  10:29:35 MHR  ACTIVATED FILE FOR FLEX NO DOC REVIEW.
                        PULLED AVM.
                        PASSING FILE TO ANJANA PATEL.
05/28/20  13:57:54 SHE  RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                        ----------------------------
                        MESSAGE FROM WEBPAGE
                        ----------------------------
                        PAYMENT SAVED.
                        PAYMENT: $6124.74;  FEE: $11.50.
                        YOUR CONFIRMATION #: 4154455
                        ----------------------------
                        OK
```

```
LMTN █████████████    _____     LMT PROCESS NOTES R APE 333/001   07/18/22  13:42:22
RC LUNA       INV DECLINED      11/01/18 TYPE CONV. PMI                      MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
04/22/20 ----------------------* PROCESS NOTES *-----------------------------
04/22/20  14:08:06 CSO  ALTAIS TASK WAS CLOSED. RETURNING PHYSICAL FILE
                        TO MKE DUE TO UNRESOLVED ALTA ISSUES.   CANNOT
                        MOVE FORWARD UNTIL ISSUES ARE RESOLVED. SEE
                        BELOW NCTES FOR DETAILS.
03/31/20  20:30:06 BWU  RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                        WRM XFER FV FROM MTG DISPO- GWEN FV
                        PAYMENT COMPLETED FOR $3062.37 W/ CNFRM # 4049502
03/31/20  20:29:30 BWU  SPOC INBOUND CALL
03/03/20  08:48:38 CCZ  PSTD PAYMT FRM SUSPENSE PER REQST
02/28/20  13:43:52 JCS  RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                        TT B1 & WANTED TO MAKE A PMT IN THE AMOUNT OF $306
                        2.37 WITH NO FEE-PROVIDED CONF#3990432
02/28/20  13:42:46 JCS  SPOC INBOUND CALL
```

```
LMTN                              LMT PROCESS NOTES R APE 333/001   07/18/22  13:42:25
RC LUNA          INV DECLINED       11/01/18 TYPE CONV. PMI                  MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
03/03/20 -----------------------* PROCESS NOTES *-----------------------------
03/03/20  08:48:38 CCZ  PSTD PAYMT FRM SUSPENSE PER REQST
02/28/20  13:43:52 JCS  RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                        TT B1 & WANTED TO MAKE A PMT IN THE AMOUNT OF $306
                        2.37 WITH NO FEE-PROVIDED CONF#3990432
02/28/20  13:42:46 JCS  SPOC INBOUND CALL
02/21/20  10:02:30 TTD  **** TC REVIEW**** FORWARD FOLLOW-UP EMAIL TO MKE
                        SPECIALIST:THE ALTAIS TASK IS OVERDUE. THEREFORE P
                        LEASE PROVIDE A STATUS UPDATE ON THE FOLLOWING:  1
                        .  IRS FED TAX LIEN (RELEASE OR SUBORDINATION AGRE
                        EMENT).  2.  BORROWER'S CURRENT MARITAL STATUS.
                        THE PREVIOUS TITLE DEFECTS DISCOVERED WERE REMOVED
                        /DELETED (REVISED TC IS ATTACHED).
02/11/20  10:01:01 TTD  ****TC REVIEW**** RECVD EMAIL FROM RR'S OFFICE:TIT
                        LE WAS ABLE TO REMOVE 6-7.  THE ONLY REMAINING ISS
                        UE IS THE IRS LIEN.  ADDITIONALLY, WE NEED CONFIRM
                        ATION OF THE BORROWER'S MARITAL STATUS, INCLUDING
                        SPOUSE'S NAME.
                        -FORWARD TO MKE SPECIALIST AND UPLOADED REVISED
                        TC TO AFX.

LMTN                              LMT PROCESS NOTES R APE 333/001   07/18/22  13:42:27
RC LUNA          INV DECLINED       11/01/18 TYPE CONV. PMI                  MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
02/03/20 -----------------------* PROCESS NOTES *-----------------------------
02/03/20  16:43:32 TTD  ****TC REVIEW**** FORWARD EMAIL TO RR'S OFFICE:THE
                         SPECIALIST PROVIDED THE ATTACHED ALLEGED RELEASE
                        OF CS LIEN, HOWEVER, AFTER FURTHER REVIEW, I DO NO
                        T BELIEVE THE RELEASE IS CONSISTENT WITH THE RECOR
                        DED LIEN ON TITLE, HENCE, THIS MAY NOT BE ACCEPTAB
                        LE.ALSO, I SEE NO INFORMATION OF RELIEF, SUPPORTIN
                        G THE FED TAX LIEN.
02/03/20  15:49:43 MKE  SENT EMAIL TO LOSSMIT TITLE PROXY WITH UPDATED
                        INFORMATION REGARDING TITLE ISSUE.
02/03/20  11:38:00 NLZ  TRLDOC RCVD, TRLSPC OPENED SWPT TO VIRTUAL CABINET
                        MKE
02/03/20  11:37:54 NLZ  L/M INBOUND MAIL - RCVD VIA EMAIL PROXY
                        RECVD 01-31-20
01/31/20  19:09:13 AVR  RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                        B1 CI TO MAKE PMT. TOOK PBP ITAO $3062.37+11.50
                        CONF#3935996. ADVSD OF TITLE ISSUES, B1 STTD SHE
                        HAD SENT INFO MONTHS AGO, WILL RESEND AND WILL C/B
                        ON MONDAY TO TT MKE.
01/31/20  19:06:22 AVR  SPOC INBOUND CALL

LMTN                              LMT PROCESS NOTES R APE 333/001   07/18/22  13:42:28
RC LUNA          INV DECLINED       11/01/18 TYPE CONV. PMI                  MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
01/29/20 -----------------------* PROCESS NOTES *-----------------------------
01/29/20  09:39:05 TTD  ****TC REVIEW**** RECVD RESPONSE EMAIL FROM MKE
                        SPECIALIST:A LETTER WAS SENT OUT TO THE BORROWER R
                        EQUESTING FOR PROOF OF THE LIENS BEEN RELEASED OR
                        SATISFIED. BORROWER HAS 30DAYS TO RESPOND.
01/28/20  15:33:44 TTD  ****TC REVIEW**** FORWARD FOLLOW-UP EMAIL TO MKE
                        SPECIALIST.
                         -ALTAIS TASK HAS EXPIRED.
01/14/20  16:20:25 TTD  ****TC REVIEW**** RECVD EMAIL FROM MKE SPECIALIST.
```

```
                          I'VE CALLED THE BORROWER BUT NO ANSWER, VOICEMAIL
                          BOX IF FULL. I'VE ALSO SENT HER AN EMAIL REGARDING
                           THE LIENS.
01/14/20   16:17:31 MKE   SENT BORROWER AN EMAIL REGARDING LIENS THAT ARE
                          ON TITLE. WAITING FOR A RESPONSE.
01/14/20   16:14:03 MKE   CALLED BORROWER, NO ANSWER. NOT ABLE TO LEAVE
                          VOICEMAIL. BORROWER HAS A TAX LIEN AS WELL AS
                          CHILD SUPPORT LIEN. NEED TO KNOW IF THESE HAVE
                          BEEN SATISFIED. THEY WILL NEED TO BE RELEASED
                          OR SUBORDINATED.


LMTN   ▮▮▮▮▮▮▮▮▮▮         LMT PROCESS NOTES R APE 333/001   07/18/22   13:42:29
RC LUNA        INV DECLINED       11/01/18 TYPE CONV. PMI            MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
01/14/20 ----------------------* PROCESS NOTES *----------------------------
01/14/20   16:08:21 TTD   ****TC REVIEW**** FORWARD FOLLOW-UP EMAIL TO RR'S
                          OFFICE.
01/06/20   10:13:17 TTD   ****TC REVIEW**** FORWARD FOLLOW-UP EMAIL TO MKE
                          SPECIALIST.
12/30/19   11:23:10 JRA   3RD TRIAL PMT POSTED TRIAL COMPLETE
12/30/19   10:10:41 TTD   ****TC REVIEW**** FORWARD FOLLOW-UP EMAIL TO MKE
                          SPECIALIST.
12/28/19   10:36:30 440   3RD TRIAL PMT POSTED.
12/27/19   17:57:22 MAU   RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                          B1 WARM TRAN FROM C/S, FULLY VERIFIED.  B1 CLLD IN
                           TO MAKE HER 3RD TRIAL PYMT.  PBP IN THE AMOUNT OF
                          $3062.37 + $11.50 FEE.  B1 AWARE OF THE PBP FEE.
                          CONF# 3868702
12/27/19   17:52:54 MAU   SPOC INBOUND CALL
12/20/19   12:43:49 TTD   ****TC REVIEW**** FORWARD FOLLOW-UP EMAIL TO MKE
                          SPECIALIST W/REGARD TO THE TITLE DEFECTS.
```

```
LMTN  ████████  ____    LMT PROCESS NOTES R APE 333/001   07/18/22  13:42:31
RC LUNA      INV DECLINED      11/01/18 TYPE CONV. PMI                MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
12/05/19 ----------------------* PROCESS NOTES *-----------------------------
12/05/19  16:38:29 TTD  LM TITLE ISSUE IDENTIFIED-ATTACHED IS THE COMMITME
                        NT FOR THE ABOVE LOAN.  THERE IS A PRIOR JUDGMENT
                        (#6), AND IRS LIEN (#8), AND A JUDGMENT (#7).  THE
                        JUDGMENT SHOWING AS NUMBER 7 WILL REMAIN SUBORDIN
                        ATE TO THE SUBJECT MORTGAGE BUT THE OTHER TWO ITEM
                        S WILL NEED TO BE RELEASED OR SUBORDINATED. THERE
                        IS A SPOUSAL SIGNING REQUIREMENT SO IF THE BORROWE
                        R HAS MARRIED SINCE PURCHASING THE PROPERTY, HER S
                        POUSE WILL NEED TO SIGN THE MOD.  PLEASE LET ME KN
                        OW IF YOU HAVE ANY QUESTIONS. FORWARD TO MKE & CSO
12/02/19  10:32:34 CSO  COMMITMENT ORDERED
11/25/19  12:59:05 CSO  REC'D FILE FOR DOC PREP
11/22/19  09:42:40 MKE  RECEIVED FILE FROM AUDIT DRAWER, PASSING TO DOC
                        PREP.
11/20/19  16:00:17 MKE  COMPLETED FINAL MOD REVIEW. MOD EFF 2/20 3062.37
                        FINAL TRL PMT DUE
11/19/19  15:54:30 MHL  ONE PAYMENT POSTED FROM SUSPENSE
11/19/19  11:33:06 440  2ND TRIAL PMT POSTED.
11/19/19  10:35:46 JRA  2ND TRIAL PMT POSTED PASSED FILE TO MKE 2ND STEP

LMTN  ████████         LMT PROCESS NOTES R APE 333/001   07/18/22  13:42:32
RC LUNA      INV DECLINED      11/01/18 TYPE CONV. PMI                MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
11/18/19 ----------------------* PROCESS NOTES *-----------------------------
11/18/19  15:58:42 DHA  RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                        CI WANTD TO MAKE PMT FOR TRIAL. CONFM TRIAL OF 11/
                        01-1/20 PMT $3062.37. TOOK PBP $3062.37 PLUS $11.5
                        0, CONFM# 3800789
11/18/19  15:57:49 DHA  SPOC INBOUND CALL
10/14/19  12:47:41 MHL  EM SPEC
                        10/11/19  14:26:05 405  PER WUSP 10/10/2019 ACH
                        DATE 10/07/2019 FOR $3062.
                        37 WAS RETURNED DUE TO
                        INSUFFICIENT FUNDS
10/14/19  11:29:22 MHL  PSTD PAYMT FROM SUSPENSE PER SPEC REQST
10/08/19  13:17:30 440  NSF PMT ON 10/11/19.
10/08/19  10:40:00 JRA  2ND TRIAL PMT RETURNED NSF FOR DECEMBER
10/07/19  16:11:27 VGZ  RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                        CI WANTING TO MAKE PYNT FOR 12/19
                        AUTHORIZED PYNT AMNT: $3062.37 + 11.50 FEE
                        CONFIRMATION: 3715342
10/07/19  16:11:26 VGZ  SPOC INBOUND CALL
10/03/19  12:06:27 SLO  LEFT MESSAGE ON A VOICEMAIL
```

```
LMTN ██████████        LMT PROCESS NOTES R APE 333/001   07/18/22  13:42:34
RC LUNA      INV DECLINED        11/01/18 TYPE CONV. PMI              MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
10/03/19 ----------------------* PROCESS NOTES *----------------------------
10/03/19  12:06:25 SLO   WORKOUT DOCUMENTATION FOLLOW UP
10/03/19  12:06:23 SLO   SPOC OUTBOUND CALL - AVAYA
09/19/19  11:10:40 440   1ST TRIAL PMT POSTED.
09/18/19  15:55:41 MWT   APPROVED TRIAL WORKOUT; SETUP COMPLETE. BEGIN PAYM
                         ENT MONITORING PROCESS.
09/17/19  10:39:35 JRA   1ST TRIAL PMT POSTED SUBMITTED TRIAL PLAN TO INV
09/16/19  16:55:44 PWD   RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                         C/TO GET AN UPDATE. ADVISED BR THAT SHE WAS APPR
                         OVED FOR FLEX FULL DOC  TRIAL APPROVED  11/19-
                         1/20 3062.37. BR DECIDED TO ACCEPT TRIAL OFFER
                         .SENT EMAIL TO MKE.ADVISED BR TO SIGN AND SEND BAC
                         K TRIAL DOCS.
                         C/TO MAKE PBP.ADVISED OF FREE OPTIONS/PLAYED REC
                         ORDING  PYMT:$3062.30    CONFIRMATION:3684695
                         FEE:$11.50
09/16/19  16:47:46 PWD   SPOC INBOUND CALL
09/16/19  15:10:47 MKE   FLEX FULL DOC  TRIAL APPROVED  11/19-1/20 3062.37
09/13/19  08:54:30 BTT   FILE PASSED TO MKE TO ASSIST


LMTN ██████████        LMT PROCESS NOTES R APE 333/001   07/18/22  13:42:35
RC LUNA      INV DECLINED        11/01/18 TYPE CONV. PMI              MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
09/09/19 ----------------------* PROCESS NOTES *----------------------------
09/09/19  11:45:05 VGZ   RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                         CALLED IN WANTING TO GET INFORMATION ON MITPKG. AD
                         V HER THAT FILE DEEMED COMPLETE ON 9/6/19, 30 DAYS
                         FOR RVW. ADV FC PP ONCE FULL PACKT RCVD. ADV WILL
                         RCV NOTIFICATION IN MAIL REGARDING COMPLETNESS OF
                         MITPKG.
09/09/19  11:44:59 VGZ   SPOC INBOUND CALL
09/06/19  10:32:02 BDA   USER CHANGE FROM KBRYANT TO DSUSZEK
09/06/19  10:28:01 BDA   LM PKG DEEMED FACIALLY COMPLETE. PASSED TO SPCLST
09/06/19  10:27:58 BDA   PASSED FILE TO DSZ
                         ORDERED TITLE
                         ORDERED ESCMOD / SCANNED TO RJE
                         ORDERED CREDIT / SCANNED TO RJE
                         ORDERED FNMA AVM / SCANNED TO RJE
                         ORDERED FEES AND COSTS
09/06/19  10:18:57 BDA   LETTER SENT   QL784 BPO/Appraisal copy to Borr
09/04/19  16:47:02 SJS   USER CHANGE FROM KCLEM TO KBRYANT


LMTN ██████████        LMT PROCESS NOTES R APE 333/001   07/18/22  13:42:37
RC LUNA      INV DECLINED        11/01/18 TYPE CONV. PMI              MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
09/04/19 ----------------------* PROCESS NOTES *----------------------------
09/04/19  16:46:30 SJS   FILE COMPLETE - LETTER GENERATED IN BITB
                         EMAIL SENT TO BORROWER
                         MANCODE CHANGED TO &, EMAIL SENT TO DISPO
                         FILE ASSIGNED TO KBY
                         FILE PASSED TO BRIAN
09/04/19  16:44:18 SJS   COMPLETE PACKAGE - RFD: DISASTER (NATURAL OR MAN-M
                         ADE) DOCUMENTS RECEIVED: OTHER REQUIREMENT: HOUSEH
                         OLD EXPENSE FORM |  HARDSHIP LETTER(*** PROVIDE A
```

```
                          SIGNED AND DATED LETTER EXPLAINING THE REASON FOR
                          THE HARDSHIP & THE DATE IT BEGAN. ***) |  TWO MOST
                           RECENT PAYSTUBS OR BANK STATEMENTS(*** CONTINUE T
                          O PROVIDE PAY STUBS AS THEY BECOME AVAILABLE TO KE
                          EP FILE CURRENT. LAST PAY STUB RECEIVED IS 7/16 -
                          7/30. ***) |  TWO MOST RECENT TAX RETURNS |  MORTG
                          AGE ASSISTANCE APPLICATION |
08/30/19  10:21:12 KAM    TRAILING DOCS RCVD, TRLDOC OPENED PASSED FILE TO
                          SJS (UPDATED VERSION DIGIT LIST)
08/30/19  10:20:51 KAM    L/M INBOUND MAIL - RCVD VIA EMAIL PROXY
                          RCV'D 8.29.19
```

```
LMTN ████████████  ____    LMT PROCESS NOTES R APE 333/001    07/18/22   13:42:38
RC LUNA        INV DECLINED      11/01/18 TYPE CONV. PMI                  MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
08/29/19 ---------------------* PROCESS NOTES *-----------------------------
08/29/19  12:14:29 TTD   ****TC REVIEW**** RECVD EMAIL AND RECORDED CORRECT
                         ION DOC FROM PRIOR TITLE COMPANY-ALTHOUGH THE FILE
                          WAS DENIED FOR A MODIFICATION, DUE TO UNRESOLVED
                         TITLE DEFECTS (JUDGMENTS), THE LEGAL DESCRIPTION E
                         RROR WAS CORRECTED AND RECORDED BY THE PREVIOUS TI
                         TLE COMPANY. CLAIM WAS ENTERED AND ISSUE RESOLVED.
                         UPLOAD EMAIL TO APX.
08/16/19  17:23:00 CCZ   ACTIVE IN LOSS MITIGATION
08/16/19  17:22:59 CCZ   LOSS MITIGATION PACKAGE FOLLOW UP
08/16/19  17:22:58 CCZ   SPOC OUTBOUND CALL - AVAYA
08/15/19  15:45:39 KCM   ADVISED BRW OF ITEMS NEEDED TO COMPLETE FILE.
```

```
LMTN ████████████  ____    LMT PROCESS NOTES R APE 333/001    07/18/22   13:42:40
RC LUNA        INV DECLINED      11/01/18 TYPE CONV. PMI                  MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
08/15/19 ---------------------* PROCESS NOTES *-----------------------------
08/15/19  15:44:06 KCM   INCOMPLETE LOSS MIT APPLICATION RECEIVED. THE FOLL
                         OWING ITEMS ARE STILL NEEDED TO COMPLETE THE FILE:
                          HARDSHIP LETTER(*** LETTER MUST INCLUDE MONTH
                         AND YEAR HARDSHIP BEGAN AND BE SIGNED AND DATED.
                         ***) |  4506-T(*** ADD "2018" TO SECTION 6 OF THE
                         FORM. ***) |  TWO MOST RECENT PAYSTUBS OR BANK STA
                         TEMENTS(*** CONTINUE TO PROVIDE PAY STUBS AS THEY
                         BECOME AVAILABLE TO KEEP FILE CURRENT. LAST PAY ST
                         UB RECEIVED IS 7/16 - 7/30. ***) |
08/15/19  15:44:05 KCM   FILE IN REVIEW - DOCUMENTS RECEIVED: OTHER REQUIRE
                         MENT: HOUSEHOLD EXPENSE FORM |  TWO MOST RECENT TA
                         X RETURNS |  MORTGAGE ASSISTANCE APPLICATION |
07/16/19  10:23:36 APE   *REMOVED FROM LOSS MIT-SLM MOD OFFER EXPIRED*
                         UNRESOLVE TITLE ISSUE ON PREVIOUSLY OFFERED
                         MODIFICAITON.
```

```
LMTN ████████████  ____    LMT PROCESS NOTES R APE 333/001    07/18/22   13:42:41
RC LUNA        INV DECLINED      11/01/18 TYPE CONV. PMI                  MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
07/12/19 ---------------------* PROCESS NOTES *-----------------------------
07/12/19  12:28:51 TTD   RECVD EMAIL FROM TITLE INSURANCE COMPANY W/REGARD
                         TO THE CORRECTION AFFIDAVIT:I JUST EMAILED OUR AGE
                         NT A FOLLOW UP TO THE RECORDING OF THE CORRECTION
                         AFFIDAVIT. ONCE HE RESPONDS I WILL EMAIL YOU. THAN
                         KS
07/12/19  11:55:04 TTD   ****TC REVIEW**** TRAILING TITLE ISSUE W/REGARD TO
                         THE LEGAL DESCRIPTION. FORWARD FOLLOW-UP EMAIL TO
                         THE TITLE INSURANCE COMPANY:HAS YOUR OFFICE RECEI
```

|   |   |   | VED A COPY OF THE RECORDED CORRECTION AFFIDAVIT? AWAITING A RESPONSE. |
|---|---|---|---|
| 07/08/19 | 11:06:58 | MHR | LETTER SENT   QL784 BPO/Appraisal copy to Borr |
| 07/08/19 | 11:06:55 | MHR | ACTIVATED FILE FOR FLEX NO DOC REVIEW. PULLED AVM. PASSING FILE TO ANJANA PATEL. |
| 07/01/19 | 13:30:13 | JLG | *REMOVED FROM LOSS MIT-SLM MOD OFFER ADDL DOCS REQUIRED TO COMPLETE MOD DOCS NEVER RECEIVED FOR TITLE ISSUES WKSTATION CLOSED SENT QL673 LETTER DENIED.* |

```
LMTN ▇▇▇▇▇▇▇▇▇ ____      LMT PROCESS NOTES R APE 333/001   07/18/22  13:42:43
RC LUNA         INV DECLINED        11/01/18 TYPE CONV. PMI           MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
06/20/19 -----------------------* PROCESS NOTES *----------------------------
```

| 06/20/19 | 13:10:17 | JLG | EMAILED BORROWER AGAIN FOR STATUS OF ITEMS REQUIRED TO MOVE LOAN FORWARD OR CANCEL GO FULL DOC IF ITEMS GONNA NOT BE RESOLVED TIMELY CC TTD |
|---|---|---|---|
| 06/19/19 | 11:14:01 | TTD | ****TC REVIEW**** RECEIVED THE FOLLOWING EMAIL FROM WFG TITLE INSURANCE COMP FOR LEGAL DESCRIPTION ERROR:OUR AGENT HAS PREPARED A CORRECTION AFFIDAVIT AND SENT IT TO RECORD. I WILL EMAIL TO YOU ONCE RECORDED.  THANK YOU. |
| 06/19/19 | 09:58:20 | TTD | ****TC REVIEW**** FORWARD FOLLOW UP EMAIL TO JLG SPECIALIST:DO YOU HAPPEN TO HAVE AN ETA ON RESOLUTION FOR THE BELOW DEFECTS, APPEARING ON TITLE? LIENS/JUDGMENTS: CHILD SUPPORT 7,151.25/7/30/15; FIDELITY NATIONAL TITLE INSURANCE COMP 15,739.91/10/26/16; RCL INVESTMENTS 39,686.62/7/28/17; FEDERAL TAX LIEN 29,374.12/10/23/18. |

```
LMTN █████████    _____    LMT PROCESS NOTES R APE 333/001    07/18/22  13:42:44
RC LUNA █████████  INV DECLINED      11/01/18 TYPE CONV. PMI              MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
06/06/19 -----------------------* PROCESS NOTES *-------------------------------
06/06/19  12:30:24 TTD   ****TC REVIEW**** RECVD EMAIL FROM WFG TITLE COMPA
                         NY:I JUST EMAIL OUR AGENT FOR A STATUS OF THE LEGA
                         L DESCRIPTION CORRECTION, ONCE THEY RESPOND I WILL
                         LET YOU KNOW.
06/05/19  15:59:32 JLG   EMAILED RAQUEL ITEMS STILL NEEDED TO WORK MOD
                         TALKE TO RAQUEL AND LET HER KNOW NEEDS THESE ASAP
06/05/19  15:52:24 JLG   832 877 7750 EMAILED RACHEL@TITLEHEIGHTS.COM
06/05/19  15:27:00 TTD   ****TC REVIEW**** RECVD THE FOLLOWING EMAIL FROM T
                         HE PREVIOUS TITLE COMPANY:ATTACHED YOU WILL FIND T
                         HE OTP/LTP  OUR OFFICE WILL CORRECT THE LEGAL DESC
                         RIPTION ON THIS PROPERTY AND REFILE.
06/05/19  11:22:34 TTD   ****TC REVIEW**** FWRD EMAIL TO PREVIOUS TITLE COM
                         PANY: CAN YOU PROVIDE AN UPDATE ON THE CORRECTION
                         AFFIDAVIT FOR THE WARRANTY DEED AND DEED OF TRUST,
                         INCORRECT LEGAL DESCRIPTION?
```

```
LMTN █████████    _____    LMT PROCESS NOTES R APE 333/001    07/18/22  13:42:46
RC LUNA █████████  INV DECLINED      11/01/18 TYPE CONV. PMI              MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
05/29/19 -----------------------* PROCESS NOTES *-------------------------------
05/29/19  08:39:31 TTD   ****TC REVIEW**** RECVD EMAIL/LETTER FROM PRIOR TI
                         TLE CO. WFG NATIONAL TITLE INSURANCE CO.- CLAIM HA
                         S BEEN OPEN TO INVESTIGATE THE RECORDING OF THE
                         WARRANTY DEED AND THE DOT LEGAL DESCRIPTIO
                         N ISSUES.
                         FWRD TO RR AND JLG SPECIALIST AND UPLOAD EMAIL TO
                         APX.
05/28/19  13:51:11 TTD   ****TC REVIEW**** RECVD RESPONSE EMAIL FROM WFG NA
                         TIONAL TITLE COMPANY: COULD YOU PLEASE PROVIDE THE
                         ENTIRE COMMITMENT THAT YOU HAVE.
                         FORWARD PDF COPY OF TITLE COMMITMENT TO PRIOR TIT
                         LE COMPANY, PER REQUEST.
                         PER RR: WARRANTY DEED AND DEED OF TRUST WAS RECORD
                         ED WITH THE INCORRECT LEGAL DESCRIPTION.
05/24/19  14:06:25 SWH   NO CALL MADE
                         ACTIVE IN LOSS MIT, RESOLVING TITLE ISSUE
05/24/19  14:06:16 SWH   LOSS MITIGATION PACKAGE FOLLOW UP
05/24/19  14:06:15 SWH   SPOC OUTBOUND CALL - AVAYA
```

```
LMTN  ████████████  ____    LMT PROCESS NOTES R APE 333/001   07/18/22  13:42:47
RC LUNA      INV DECLINED      11/01/18 TYPE CONV. PMI                  MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
05/23/19 -----------------------* PROCESS NOTES *-----------------------------
05/23/19 09:46:50 TTD  ****TC REVIEW**** FORWARD EMAIL TO TO TITLE COMPAN
                       Y/WFG FINANCIAL W/REGARD TO A CORRECTION AFFIDAVIT
                       . AWAITING RESPONSE.
05/23/19 09:45:56 TTD  ****TC REVIEW**** RECVD EMAIL FROM RR:IF YOU SEND
                       US THE ORIGINALS, WE WILL SEND THEM FOR RE-RECORDI
                       NG WITH THE CORRECTED LEGAL DESCRIPTION.  WE DON'T
                        NORMALLY RECORD ORIGINATION DOCS SO THE PROCESS G
                       OES FASTER WHEN YOU OBTAIN CORRECTION AFFIDAVITS.
                        BUT IF YOU WOULD RATHER WE TRY TO RE-RECORD, JUST
                        SEND US THE ORIGINAL MORTGAGE AND THE ORIGINAL WA
                       RRANTY DEED AND WE'LL GO FROM THERE.
05/22/19 13:36:16 TTD  *****TC REVIEW***** FWD LEGAL DESCRIPTION TO JLG S
                       PECIALIST AND NATION DIRECT.
                       RECVD EMAIL FROM NATIONS DIRECT:DMI CAN HANDLE THI
                       S.
05/22/19 12:40:33 JLG  SENT EMAIL TO NATIONSDIRECT-
                       SVALLETTI@MHNDM.COM FOR ASSISTANCE CC TTD
05/22/19 11:51:41 JLG  SENT ANOTHER EMAIL TO BRENDA MARECI FOR STATUS.


LMTN  ████████████  ____    LMT PROCESS NOTES R APE 333/001   07/18/22  13:42:49
RC LUNA      INV DECLINED      11/01/18 TYPE CONV. PMI                  MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
05/22/19 -----------------------* PROCESS NOTES *-----------------------------
05/22/19 11:51:38 TTD  ****TC REVIEW**** FOLLOW UP EMAIL FORWARD TO JLG
                       SPECIALIST AND RR.
05/08/19 11:40:22 TTD  CLOSE LMALTA-OPENED ALTAIS INSTEAD
05/08/19 11:08:45 SLO  RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                       ADV THE DOC PREP/  TO FOLLOW THE INSTRUCTIONS
                       AND TO RETURN WITH EXECUTED, COPY DR LIC...
05/08/19 11:08:33 SLO  SPOC INBOUND CALL
05/07/19 13:40:38 JJT  FINAL PMNT POSTED
05/07/19 13:10:34 JLG  SENT EMAIL TO CLIENT MANAGER FOR BRENDA MARECI <BR
                       ENDA.MARECI@DMICORP.COM> TO PASS TO
                       NATIONS DIRECT MORTGAGE CC BORROWER
```

```
LMTN                 ____        LMT PROCESS NOTES R APE 333/001    07/18/22  13:42:50
RC LUNA         INV DECLINED        11/01/18 TYPE CONV. PMI                   MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
05/07/19 ----------------------* PROCESS NOTES *------------------------------
05/07/19 12:42:26 TTD   FORWARD RESPONSE EMAIL TO JLG SPECIALIST:I DO NOT
                        BELIEVE THE TWO ATTACHED DOCUMENTS, PROVIDED BY TH
                        E BORROWER, WILL CLEAR THE SENIOR LIENS. ONE DOC I
                        S A SWORN AFFIDAVIT AND DOES NOT APPEAR TO BE RELE
                        VANT TO THE CS LIEN, AND THE SECOND DOCUMENT IS OF
                        A COURT ORDERED JUDGMENT FOR WAGE GARNISHMENT.
                        A "LIEN RELEASE" IS REQUIRED FOR THE TWO SENIOR L
                        IENS, LISTED BELOW. IN A SEPARATE EMAIL SENT, YOU
                        WILL FIND THE ADDITIONAL TITLE ITEMS IN NEED OF RE
                        SOLUTION AS WELL.
05/07/19 12:01:43 JLG   832 877 7750 TALKED W BORROWER SHE EMAILED
                        ME THE DOCS FOR DOC PREP FORWARD TO TTD FOR REVIEW
                        AND PASS TO RRHL OFFICE SEE IF ACCEPTABLE ON
                        JUDGEMENTS.*
05/07/19 11:47:04 440   3RD TRIAL PMT POSTED.



LMTN                 ____        LMT PROCESS NOTES R APE 333/001    07/18/22  13:42:52
RC LUNA         INV DECLINED        11/01/18 TYPE CONV. PMI                   MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
05/07/19 ----------------------* PROCESS NOTES *------------------------------
05/07/19 11:18:15 TTD   ****TC REVIEW****
                        FORWARD ATTCHMENTS/TITLE COMMITMENT AND SUMMARY TO
                        JLG SPECIALIST FOR CLEARING.
                        THE WARRANTY DEED AND THE DEED OF TRUST WERE RECOR
                        DED WITH AN INCORRECT LEGAL DESCRIPTION SO TITLE R
                        EQUIRES CORRECTION AFFIDAVITS OR A RE-RECORDING OF
                        THE WARRANTY DEED AND DEED OF TRUST (10-11)  TO C
                        ORRECT THE LEGAL DESCRIPTION.  ADDITIONALLY, THERE
                        ARE TWO PRIOR JUDGMENTS THAT NEED TO BE RELEASED
                        (6-7) - COPIES ARE ATTACHED.
05/06/19 16:42:17 TTD   ****TC REVIEW**** CONTINUED
                        THERE ARE TWO ADDITIONAL JUDGMENTS THAT WERE RECOR
                        DED AFTER THE MORTGAGE.  A COPY OF ONE OF THEM IS
                        ATTACHED.  I'VE REACHED OUT TO TITLE FOR A COPY OF
                        THE REMAINING JUDGMENT.  I WILL FORWARD AS SOON A
                        S IT'S RECEIVED.   PLEASE LET ME KNOW IF YOU HAVE
                        ANY QUESTIONS.  THANKS.
```

```
LMTN                        LMT PROCESS NOTES R APE 333/001    07/18/22  13:42:53
RC LUNA      INV DECLINED       11/01/18 TYPE CONV. PMI                  MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
05/06/19 ----------------------* PROCESS NOTES *-------------------------------
05/06/19  16:41:50 TTD   ****TC REVIEW**** OPENED ALRAIS TASK
                         RECEIVED EMAIL FROM RR:THE WARRANTY DEED AND THE D
                         EED OF TRUST WERE RECORDED WITH AN INCORRECT LEGAL
                         DESCRIPTION SO TITLE REQUIRES CORRECTION AFFIDAVI
                         TS OR A RE-RECORDING OF THE WARRANTY DEED AND DEED
                         OF TRUST (10-11)  TO CORRECT THE LEGAL DESCRIPTIO
                         N.  ADDITIONALLY, THERE ARE TWO PRIOR JUDGMENTS TH
                         AT NEED TO BE RELEASED (6-7) - COPIES ARE ATTACHED
                         .
05/06/19  15:31:15 TTD   *****TC REVIEW****
                         TITLE COMMITMENT AVAILABLE ON RR WEBSITE, FORWARD
                         EMAIL TO RR:THE TITLE COMMITMENT IS AVAILABLE ON Y
                         OUR WEBSITE. HAS THE TITLE COMPANY APPROVED TO PRO
                         CEED WITH DOC PREP?
```

```
LMTN                        LMT PROCESS NOTES R APE 333/001    07/18/22  13:42:56
RC LUNA      INV DECLINED       11/01/18 TYPE CONV. PMI                  MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
05/06/19 ----------------------* PROCESS NOTES *-------------------------------
05/06/19  11:06:00 BQN   RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                         REASON FOR DELINQUENCY-HURRICANE
                         B1 C/I TO PROCESS A PAY BY PHONE FOR 3056.96 + 11.
                         50 FEE CONF#3456774
                         REACH OUT TO JLG SHE ADVISE TRIAL PAYMENT  $$3056.
                         96 UP TIL JULY  THEN IN AUGUST 1 MOD PAYMENT $3062
                         .37
05/06/19  11:05:48 BQN   SPOC INBOUND CALL
05/01/19  17:11:39 JDY   SUBMITTED MOD DOC REQUEST TO ATTY
05/01/19  17:05:51 JDY   ALTA FILE 3-4 WEEKS TURN AROUND FOR DOC PREP
05/01/19  09:31:10 CSO   FILE TO JDY FOR DOC PREP
04/30/19  15:54:49 JLG   FILE PASSED TO DOC PREP FOR PLAN PREPARATION.
04/30/19  15:54:35 JLG   PREPARING MOD WORKOUT
                         MOD EFFECTIVE DATE- 7/1/19
                         MOD PAYMENT AMOUNT- $3062.37
                         PASSED TO AUDIT/DOC PREP
04/26/19  11:07:00 KBY   STAGE COMPLETED BY BITB DOC GEN AND DOC GENERATED
04/24/19  10:55:15 AGY   PULLED LETTER PER REQUEST, PASSED LETTER TO
                         JTY/QL655
```

```
LMTN                        LMT PROCESS NOTES R APE 333/001    07/18/22  13:42:57
RC LUNA      INV DECLINED       11/01/18 TYPE CONV. PMI                  MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
04/23/19 ----------------------* PROCESS NOTES *-------------------------------
04/23/19  16:11:30 440   1ST & 2ND TRIAL PMT POSTED.
04/23/19  16:00:34 MHL   PSTD PYMNT FRM SUSPENSE PER SPEC RQST.
04/23/19  15:54:35 DKU   RCVD 1ST AND 2ND PMNT. RECLASS SUCCESSFUL.
                         PASSED FILE TO JLG FOR 2ND STEP.
                         EM MHL TO POST PMNT FROM SUSPENSE.
04/23/19  14:20:43 JLG   040819 03-18  173     3056.96
04/22/19  15:31:36 JLG   030619 02-18  173     3041.66
                         RE-UPDATED PMT CLOSED IN ERROR
```

```
04/22/19  12:56:28 JTY  RCD FILE FRM MPP.
                        RVW FILE. BOR MADE NO DOCS 1ST TRIAL. PRINTED
                         LETTERS. SPOC CHANGE LETTER NOT NEEDED.
                        CONTACT PERSON- IS NOW JLG.
                        FILE TO AUDIT
04/02/19  15:10:40 SNK  PASS FILE TO MPP
                        ORDER TITLE
                        ORDER CREDIT
                        ORDER ESCMOD
                        ORDER AVM FANNIE MAE
04/02/19  15:10:09 SNK  LETTER SENT   QL784 BPO/Appraisal copy to Borr
```

```
LMTN ██████████ ____      LMT PROCESS NOTES R APE 333/001    07/18/22  13:42:58
RC LUNA        INV DECLINED      11/01/18 TYPE CONV. PMI              MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
03/27/19 ----------------------* PROCESS NOTES *----------------------------
03/27/19  11:43:08 KAM   TRAILING DOCS RCVD, TRLDOC OPENED PASSED FILE TO
                         MHO
03/27/19  11:43:05 KAM   L/M INBCUND MAIL - RCVD VIA EMAIL PROXY
                         RCV'D 3.26.19
03/15/19  17:20:33 JLG   **FLEX NO DOC LOAN MOD TRIAL OFFER APPROVED***
                         NEED A RESPONSE FROM BRW TO ACTIVATE TRIAL OFFER
                         VERBAL ACCEPTANCE REQUIRED OR 1ST PAYMENT ASAP
                         ** LOSS MIT FLEX LOAN MOD OFFER APPROVED **
                         *TRIAL PERIOD 04/19-06/19 TRIAL PAYMENT $3056.96
03/15/19  14:07:31 MHO   SENT MISSING ITEMS LTR VIA BIT B, WITH THE FOLLOWI
                         NG STILL NEEDED:HARDSHIP LTR SIGN/DATE PROOF OF
                         HARDSHIP
03/15/19  11:05:31 SLO   BRW STATES THAT SHE IS
                         SENDING IN PAYMENTS TOWARD
                         THE LOAN AS SHE CAN...


LMTN ██████████ ____      LMT PROCESS NOTES R APE 333/001    07/18/22  13:43:00
RC LUNA        INV DECLINED      11/01/18 TYPE CONV. PMI              MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
03/15/19 ----------------------* PROCESS NOTES *----------------------------
03/15/19  10:59:32 SLO   RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                         B1 X SHW FV
                         ADV THAT THE RELEASE HAVE BEEN RECEIVED
                         AND IS LINE FOR REVIEW.
                         INFORM THE BRW THAT THE WHEN THE
                         PKG IS COMPLETE THE FILE WILL
                         BE PLACED IN LOSS MIT
03/15/19  10:59:18 SLO   SPOC INBOUND CALL
03/15/19  10:49:52 SWH   RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                         CI TO AND STTD SENT IN THE LM PKG ON 3/11. RFD-
                         HURRICANE. ADVSD HUD INFO. STTD RECVD HUD INFO IN
                         THE MAIL AND WLL APPLY WITH THEM ALSO.  ADVS RECVD
                         DOCS ON 3/11 AND PASSED TO APE FOR RVW. STTD W/C/B
                         NXT WK. ADVS RECVD TITLE INFO ALSO. STD WANTS INFO
                         RE CREDIT RPRTNG. ADVS WLL SEE IF SLO AVAIL. SNT
                         MSG TO SLO. ADVS SLO AVAIL. WRM XFR CLL TO SLO,
                         FULLY VERIF.
03/15/19  10:49:12 SWH   SPOC INBOUND CALL
                         CI FROM BMK, CLLCTNS DPT, FULLY VERIF.
```

```
LMTN ██████      _____      LMT PROCESS NOTES R APE 333/001   07/18/22  13:43:02
RC LUNA       INV DECLINED        11/01/18 TYPE CONV. PMI          MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
03/14/19 -----------------------* PROCESS NOTES *-----------------------------
03/14/19  16:01:24 JLG  EMAILED MHL TO POST FUNDS FROM SUSPENSE.*
03/12/19  16:41:07 YGA  PASSED TO MHO
03/12/19  16:18:30 APE  RCVD MTG APP FROM BRWR. FWD TO PROCESSING
03/12/19  11:42:40 DMS  TRAILING DOCS RCVD, TRLDOC OPENED PASSED FILE TO
                        APE
03/12/19  11:42:35 DMS  L/M INBOUND MAIL - RCVD VIA EMAIL PROXY
                        REC'D 3-11-19
03/08/19  14:47:46 MHR  ACTIVATED FILE FOR FLEX NO DOC REVIEW.
                        PULLED AVM.
                        PASSING FILE TO ANJANA PATEL.
02/12/19  09:00:48 LCE  NO RELEASE OF LIENS RECEIVED. SENDING DENIAL
                        LETTER AND CLOSING WORKSTATION.
01/18/19  10:13:17 SLO  EM RACHEL@TITLEHEIGHTS.COM
                        TO CONTACT LOSS MITIGATION
01/18/19  09:48:53 SLO  LEFT MESSAGE ON A VOICEMAIL
01/18/19  09:48:17 SLO  LEFT MESSAGE ON A VOICEMAIL
01/18/19  09:46:39 SLO  SPOC OUTBOUND CALL
01/18/19  09:46:36 SLO  ADVISE TO PROVIDE PROOF OF THE LIEN RELEASE OR
                        REPAYMENT INSTALLMENT.


LMTN ██████      _____      LMT PROCESS NOTES R APE 333/001   07/18/22  13:43:03
RC LUNA       INV DECLINED        11/01/18 TYPE CONV. PMI          MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
01/11/19 -----------------------* PROCESS NOTES *-----------------------------
01/11/19  11:55:51 APR  ALTAIS: E-MAILED LCE FOR UPDATE ON IF ISSUES
                        WERE RESOLVED
01/07/19  16:14:41 SLO  LEFT MESSAGE ON A VOICEMAIL
                        ADV TO CONTACT LOSS MIT FOR
                        RESOLVING TITLE ISSUES
01/07/19  16:13:50 SLO  SPOC OUTBOUND CALL
01/07/19  16:13:47 SLO  RELEASE OF JUDGEMENT ON TITLE
                        CHILD SUPPORT LIEN 04/11/2014 $7151.25
                        JUDGEMENT 03/30/16 $15739.91
                        JUDGEMENT 07/18/17 $39686.62
                        NEED TO PROVIDE RELEASE OF LEIN OR
                        REPAYMENT PLAN
01/07/19  14:01:23 LCE  SENT QL822 LETTER TO BORROWER REGARDING RELEASES
                        NEED TO PROCEED.
```

```
LMTN ██████████ _____        LMT PROCESS NOTES R APE 333/001   07/18/22  13:43:05
RC LUNA        INV DECLINED       11/01/18 TYPE CONV. PMI              MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
12/26/18 -----------------------* PROCESS NOTES *-----------------------------
12/26/18  16:08:20 APR   REQUESTED RR PROVIDE STATUS UPDATE. RR PROVIDED
                         /REPEATED ALTA ISSUE WHICH HAS FILE ON HOLD
                         UNTIL 3 JUDGEMENTS ARE RELEASED *(6-8).
                         ERROR ON WARRANTY DEED AND ON DEED OF TRUST W/
                         LEGAL DESCRIPTION. TITLE REQUIRES CORRECTION
                         AFFIDAVIT OR A RE-RECORDING OF THE WARRANTY DEED
                         AND THE DEED OF TRUST. FORWARDED TO LCE TO HAVE
                         CLIENT ADVISE HOW TO PROCEED.
10/31/18  18:23:01 RLE   RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                         BOR RQSTD PBP 2714.55, ADV 11.50 & OFFERED OTHER
                         OPTIONS
                         -------------------------  MESSAGE FROM WEBPAGE
                         -------------------------  PAYMENT SAVED.        P
                         AYMENT: $2714.55;  FEE: $11.50.     YOUR CONFIRMATI
                         ON #: 3137527 --------------------------------  OK
                         -------------------------
10/31/18  18:20:45 RLE   SPOC INBOUND CALL


LMTN ██████████ _____        LMT PROCESS NOTES R APE 333/001   07/18/22  13:43:07
RC LUNA        INV DECLINED       11/01/18 TYPE CONV. PMI              MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
10/09/18 -----------------------* PROCESS NOTES *-----------------------------
10/09/18  13:17:32 RTS   RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                         CI CHCKNG STTS ON ACCT STTD CMPLTD TRIAL DONT KNOW
                         WHAT PYMNT IS ADVS PER LCE PREV NOTES TO ADVS THE
                         BR DIST FLXMOD NO DOC FINAL 10/1/2018 $2714.55
                         BR STTD SHE WILL CLL BK FRIDAY TO MAKE PYMNT RFD
                         DIST
10/09/18  13:17:17 RTS   SPOC INBOUND CALL
09/28/18  18:12:41 BQN   LEFT MESSAGE ON A VOICEMAIL
                         RETURNING CALL FOR PBP LEFT MESSAGE TO C/B
09/28/18  18:12:24 BQN   SPOC OUTBOUND CALL
09/28/18  18:01:35 HPE   RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                         CI FOR A PBP. ADV NOBODY IS AVLB SOMEONE WILL CALL
                         BACK SHORTLY.
09/28/18  17:59:45 HPE   SPOC INBOUND CALL
09/05/18  12:05:02 NRL   PSTD PYMNT FRM SUSPENSE PER SPEC RQST
09/04/18  10:29:23 JJT   3RD PMNT POSTED. EM NRL TO POST PMNT.
09/01/18  05:31:27 440   3RD TRIAL PMT POSTED.
```

```
LMTN                              LMT PROCESS NOTES R APE 333/001     07/18/22  13:43:08
RC LUNA         INV DECLINED          11/01/18 TYPE CONV. PMI                   MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
08/30/18 ----------------------* PROCESS NOTES *----------------------------
08/30/18  17:52:42 BQN  RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                        BORROWER CALLED IN TO PROCESS A PBP, 2860.75+11.50
                        FEE CONF#3036798
08/30/18  17:49:43 BQN  SPOC INBOUND CALL
08/20/18  18:55:33 LCE  APPRVD DIST FLXMOD NO DOC FINAL 10/1/2018 $2714.55
                        SAVED ASSET PLAN TO FOLDER FOR DOC PREP
08/01/18  16:12:08 JLG  2ND TRIAL PMT POSTED IN BITB/HSSN.*
                        RECLASS SUCCESSFUL.*
                        *EMAIL NR POST PAYMENTS FROM SUSPENSE.*
08/01/18  10:15:15 440  2ND TRIAL PMT POSTED.
07/20/18  14:14:01 JJT  RECLASS SUCCESSFUL
06/25/18  13:42:14 JJT  RECLASS REQUESTED AND PENDING, DO NOT POST PMNTS
06/20/18  14:57:18 JLG  *1ST PMT IN BITB*LMT3 *
                        *DO NOT POST PAYMENTS, NOT ELIGIBLE FOR RECLASS*
06/20/18  12:51:40 440  1ST TRIAL PMT POSTED.
06/18/18  19:50:21 KCA  RIGHT PARTY CONTACT - TALKED TO BORROWER 1


LMTN                              LMT PROCESS NOTES R APE 333/001     07/18/22  13:43:10
RC LUNA         INV DECLINED          11/01/18 TYPE CONV. PMI                   MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
06/18/18 ----------------------* PROCESS NOTES *----------------------------
06/18/18  19:39:37 KCA  RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                        B1 CALLED IN FOR STATUS ADV AS FOLLOWS:
                        APPRVD DIST FLXMOD TRIAL EFF 6/18-8/18 $2,860.75
                        ADV DIFFERENCE BETWEEN REFI AND MOD.
                        WANTED TO PROCESS PBP ITAO 2860.75 + 11.50 FEE
                        TOTAL 2872.25 CONF#292675
06/18/18  19:38:14 KCA  SPOC INBOUND CALL
05/24/18  13:56:38 VGZ  LEFT MESSAGE ON A VOICEMAIL
05/24/18  13:56:08 VGZ  WORKOUT DOCUMENTATION FOLLOW UP
05/24/18  13:56:07 VGZ  SPOC OUTBOUND CALL - AVAYA
05/15/18  10:09:19 CGE  COMPLETED CLOSING
                        PASSED FILE TO KBY
05/10/18  10:08:34 KBY  APPRVD DIST FLXMOD TRIAL EFF 6/18-8/18 $2,860.75
                        **DO NOT POST PAYMENTS, NOT ELIGIBLE FOR RECLASS**
                        PASSED FILE TO CGE FOR TRIAL PAYMENT TRACKING
                        PASSED DOCS TO MAIL TEAM TO MAIL
05/09/18  15:37:15 LNG  FILE UNDER REVIEW FOR FLEX NO DOC, PULLED AVM,
                        PULLED ESCROWS, NO FEES AND COSTS PASSING FILE TO
                        KBY


LMTN                              LMT PROCESS NOTES R APE 333/001     07/18/22  13:43:11
RC LUNA         INV DECLINED          11/01/18 TYPE CONV. PMI                   MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
03/02/18 ----------------------* PROCESS NOTES *----------------------------
03/02/18  10:06:28 SHE  LEFT MESSAGE ON A VOICEMAIL
                        832-877-7750 AGAIN
03/02/18  10:06:18 SHE  DISASTER FNMA WORKOUT OPTION OUTREACH CALL
03/02/18  10:06:13 SHE  SPOC OUTBOUND CALL
03/02/18  10:05:30 SHE  LEFT MESSAGE TO CALL
                        713-864-5335
                         LFT MSSG WITH RESPTNST NO RESPONS FRM CELL PHN
                        V.M. MSSGS
```

```
03/02/18  10:04:33 SHE   DISASTER FNMA WORKOUT OPTION OUTREACH CALL
03/02/18  10:04:31 SHE   SPOC OUTBOUND CALL
02/28/18  11:02:06 SHE   LEFT MESSAGE ON A VOICEMAIL
02/28/18  11:01:15 SHE   DISASTER FNMA WORKOUT OPTION OUTREACH CALL
02/28/18  11:01:12 SHE   SPOC OUTBOUND CALL
01/31/18  11:14:12 DDA   LEFT MESSAGE ON A VOICEMAIL
01/31/18  11:14:10 DDA   DISASTER FNMA WORKOUT OPTION OUTREACH CALL
01/31/18  11:14:07 DDA   SPOC OUTBOUND CALL - AVAYA
12/11/17  16:27:45 BQN   LEFT MESSAGE ON A VOICEMAIL
12/11/17  16:27:27 BQN   DISASTER FORBEARANCE VALIDATION CALL
12/11/17  16:27:26 BQN   SPOC OUTBOUND CALL - AVAYA
```

```
LMTN                          LMT PROCESS NOTES R APE 333/001   07/18/22  13:43:12
RC LUNA        INV DECLINED      11/01/18 TYPE CONV. PMI              MAN M
16022 KUBE CT JERSEY VILLAGE TX 77040
11/27/17 ----------------------* PROCESS NOTES *------------------------------
11/27/17  12:08:06 JCH   L/M INBOUND MAIL - RCVD VIA EMAIL PROXY
11/27/17  12:08:04 JCH   TRAILING DOCS RCVD, TRLDOC OPENED PASSED FILE TO
                         MPP
11/22/17  11:45:37 NHR   RIGHT PARTY CONTACT - TALKED TO BORROWER 1
                           BW SAID NOTHING HAS CHANGED IN HER CURRENT SITU
                         ATION, BUT SHE NEEDS A LMP SENT TO HER HOME ADDRES
                         S AND SHE IS GOING TO TRY TO GET ALL THE AMOUNT PA
                         ID. SHE WANTS TO TRY TO DO  LOWER INTREST RATE
11/22/17  11:45:36 NHR   DISASTER FORBEARANCE VALIDATION CALL
11/22/17  11:45:35 NHR   SPOC OUTBOUND CALL - AVAYA
10/13/17  18:53:29 KAM   DISASTER FORBEARANCE AGRMT OUT
09/13/17  12:49:28 APY   EMAILED (DISPO HOLD PROXY/PREFORECLSOURE PROXY),
                         ACTIVATED FILE FOR DISASTER FOREBEARANCE, PASSING
                         FILE TO MPP PER MANAGEMENT



*** END OF NOTES ***
```

```
LMT1 ██████████  ____      LMT SETUP    R APE 333/001   07/18/22  13:43:23
RC LUNA         INV DECLINED  11/01/18 TYPE CONV. PMI             M:M F:2
16022 KUBE CT JERSEY VILLAGE TX 77040                            GRP
-STAT----------------------------* STATUS *----------------------------------
                                                     FILE     L/M   L/M
   STAT   TEMPLATE   PROC   EXT   STAGE  TYPE   REFERRAL  LOCATION IND  SPOC
    R     FLXFNMA    APE    6866  L09    SLM1             APE      Q    DL3

           COMP/REMV   APPROVED/           MOD    PREV  CLAIM
   SETUP      DATE      DENIED    REASON   EFF    MOD    TYP   DFLT
   020422    040122     040122      11                           07
--------------------------* ADDITIONAL MESSAGES *---------------------------~
-=SPOC=-
LIFE-OF-LOAN: 9/8/17 HURRICANE HARVEY
    HAZLEG:  APPROVAL/DENIAL RECEIVED
----~DESC--------------------* LMT DESCRIPTIONS *---------------------------
 LMT STATUS:  REMOVAL        04-01-22 A/D REASN:  INVESTOR DECLINED WRKOUT
  LOSS TYPE:  SLM1                    RMVL DATE:  04-01-22
   REFERRAL:                         APRV/DENY:  04-01-22
   TEMPLATE:  FNMA FLEX MOD            DEFAULT:  INABILITY TO SELL
   ATTORNEY:                        PROP DAMG:
                                    LMT SETUP:  02-04-22
PROP INSP:  SAFEGUARD  PROPERTIES   PROCESSOR:  ANJANA PATEL        6866
                                    L/M SPOC:  DEFAULT LIASON TEAM3
```