| Form 668 (Y)(c) (Rev. February 2004) | 11874 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 829-3903 | | Serial Number | For Optional Use by Recording Office RP-2018-484151 10/23/2018  RP1  $11.00 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** RACHEL LUNA

**Residence** 1607 FAWNHOPE DR
HOUSTON, TX 77008-3022

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2014 | | 06/08/2015 | 07/08/2025 | 13068.12 |
| 1040 | 12/31/2015 | | 06/06/2016 | 07/06/2026 | 16306.00 |

**Place of Filing**
COUNTY CLERK
HARRIS COUNTY
HOUSTON, TX 77251

Total  $  29374.12

This notice was prepared and signed at _____NASHVILLE, TN_____, on this,
the __16th__ day of __October__, __2018__.

**EXHIBIT M**

Signature  *Joan Flach*
for G.J. CARTER-LOUIS

Title
ACS  SBSE
(800) 829-3903

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

RP-2018-484151

FILED FOR RECORD

2:52:18 PM

Tuesday, October 23, 2018

*Stan Stanart*

COUNTY CLERK, HARRIS COUNTY, TEXAS

RP-2018-484151

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS
 I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED, in the Official Public Records of Real Property of Harris County Texas

Tuesday, October 23, 2018



*Stan Stanart*
COUNTY CLERK
HARRIS COUNTY, TEXAS