# NATIONS DIRECT
## M O R T G A G E

**Mortgage Servicing | 1 Corporate Drive | Suite 360 | Lake Zurich, IL 60047-8945**
**Customer Service 855-447-7212**

January 14, 2020

MS1710

Rachel Corina Luna
16022 Kube CT
Jersey Village TX 77040-

Loan Number: ██████

**THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.**

**ACTION REQUIRED: PLEASE PROVIDE ADDITIONAL INFORMATION OR CORRECTED DOCUMENTS**

Dear Rachel Corina Luna :

We recently informed you that you have submitted a complete application, and that we will review your loan to see which loss mitigation options, if any, you may be eligible for. While evaluating your eligibility we have discovered that additional information or a correction to previously submitted documents is required to complete your application. Please submit the following documentation:

**Please provide proof child support lien and Federal Tax lien has been satisfied.**

QL822/MKE

EXHIBIT N

# NATIONS DIRECT
## M O R T G A G E

**Mortgage Servicing | 1 Corporate Drive | Suite 360 | Lake Zurich, IL 60047-8945**
**Customer Service 855-447-7212**

Page 2 of 2                    January 14, 2020              Loan Number: ███████

To be evaluated for all loss mitigation options available to you please promptly return the documentation listed above to us by 02-13-20. Failure to provide the information requested will result in no further consideration being given to the application.

**Suspension of Foreclosure:**
The foreclosure process will not be initiated or commenced during the time period listed above that we have provided for you to return the additional information or corrected documents.

If the foreclosure process was initiated prior to receiving your complete application it was subsequently suspended upon the initial receipt of your facially complete loss mitigation application. The foreclosure process will remain suspended during the time period listed above that we have provided for you to return the additional information or corrected documents.

**Contact Information:**
You have been assigned a single point of contact. Your dedicated contact is Martin Kern and can be reached directly at 1-866-397-5370 x6253 to answer any questions or concerns you may have about the loss mitigation process. You may also call our dedicated support team for assistance at the telephone number below.

**Counseling Assistance:**
For assistance in finding a HUD-approved housing counselor at no charge, or in requesting further explanation of this notice, please call the HOPE Hotline at 1-888-995-HOPE (4673) and ask for the MHA HELP.

**SUBMISSION OF LOSS MITIGATION APPLICATION AND RELATED DOCUMENTS:**
Your Loss Mitigation Application and related documents must be sent <u>only</u> as indicated directly below, including any specific Attention line noted:

**Portal: <u>https://loansolutioncenter.com/</u>**

**E-Mail:** lossmitproxy@yourmortgageonline.com

<u>**Mail**</u>: Attention: MS LMP1710        <u>**Fax:**</u>
        1 Corporate Drive, Suite 360      Attention: Loss Mitigation
        Lake Zurich, IL 60047-8945        1-847-574-7569

**RESPA NOTICES OF ERROR AND REQUESTS FOR INFORMATION:**
RESPA Notices of Error and Requests for Information should <u>NOT</u> be forwarded using the contact information for Submission of Loss Mitigation Application and Related Documents.

If you have any questions, please call us at 1-866-397-5370.

**RESPA Notices of Error and Requests for Information must be sent <u>only</u> to the address indicated directly below, including the specific Attention line noted:**

                Attention: Mail Stop NOE1290
                1 Corporate Drive, Suite 360
                Lake Zurich, IL 60047-8945

Sincerely,

Loss Mitigation Department                              QL822/MKE