## ASSIGNMENT OF DEED OF TRUST

THE STATE OF TEXAS § §  KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF HARRIS §

File No. 2019-005367
MERS No (MIN): ▮▮▮▮▮▮▮▮
MERS PHONE #: 888-679-6377

THAT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR NATIONS DIRECT MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS, ("Assignor"), for good and valuable consideration to Assignor by NATIONS DIRECT MORTGAGE, LLC ("Assignee"), the receipt of which is hereby acknowledged and confessed, has ASSIGNED AND TRANSFERRED, and by these presents does ASSIGN AND TRANSFER unto Assignee that certain Deed of Trust executed by RACHEL CORINA LUNA, A SINGLE WOMAN, dated January 13, 2017 and recorded in the office of the County Clerk under Document No. 2017-21126 and re-recorded 06/25/2019 under File No. 2019-269998, of the Official Public Records of Real Property of HARRIS County, Texas, encumbering the real property described as follows:

LOT TWELVE (12), BLOCK FIFTY EIGHT-A (58A) OF 2ND AMENDED REPLAT OF BLOCKS FIFTY EIGHT-A (58-A) AND SIXTY SEVEN (67) OF SECTION FOUR (4) OF JERSEY VILLAGE COUNTRY CLUB ESTATES, A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN FILM CODE NO. 355090 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS ("Property")

Street Address: 16022 KUBE CT JERSEY VILLAGE, TX 77040

TO HAVE AND TO HOLD unto said Assignee, its successors and assigns, forever.

Executed the 20 day of August 2019.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR NATIONS DIRECT MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS

By: _____
Name: Christopher Miranda
Title: Assistant Vice President

THE STATE OF Illinois §
COUNTY OF Lake §

This instrument was acknowledged before me on the 20 day of August, 2019 by Christopher Miranda, (name) Assistant Vice President (title) on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR NATIONS DIRECT MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS, known or proven to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that he/she is authorized to execute this instrument on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR NATIONS DIRECT MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS, and that he/she executed same for the purposes and consideration therein expressed.

Notary Public, State of Illinois
My Commission Expires: 9-18-2022

"OFFICIAL SEAL"
YESENIA ALONZO-NINO
Notary Public, State of Illinois
My Commission Expires 9/18/2022

**MERS Address ("Assignor")**
P.O. Box 2026
Flint, MI 48501-2026

Address of Grantee ("Assignee")
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

AFTER RECORDING RETURN TO:
Adrianna Corona 2019-005367
Hughes, Watters & Askanase, L.L.P.
Total Plaza
1201 Louisiana, 28th Floor
Houston, Texas 77002

2019-005367dtw                                    AOM

**EXHIBIT Q**

RP-2019-378739

# Pages 2

08/27/2019 02:23 PM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

DIANE TRAUTMAN

COUNTY CLERK

Fees   $16.00

RP-2019-378739

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

*Diane Trautman*
COUNTY CLERK
HARRIS COUNTY, TEXAS