**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Rachel Corina Luna
  *Plaintiff(s),*

v.                                                    Case No. 4:22−cv−01151

Nations Direct Mortgage, LLC
  *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Motion for Summary Judgment – #11

DATE:    **1/20/2023**

TIME:   **03:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN−PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                              Date: January 4, 2023

By Deputy Clerk, A. Rivera