**UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Rachel Corina Luna
   *Plaintiff(s),*

v.                                                                                         Case No. 4:22–cv–01151

Nations Direct Mortgage, LLC
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Motion Hearing**
RE: Motion for Summary Judgment – #11

DATE:   **2/15/2023**

TIME:   **01:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN–PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                          Date: February 14, 2023

By Deputy Clerk, A. Rivera