United States District Court
Southern District of Texas
**ENTERED**
July 25, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **RACHEL CORINA LUNA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:22-CV-01151** |
| § | |
| **NATIONS DIRECT MORTGAGE, LLC,** § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

On July 24, 2023, the Court dismissed this case for failure to prosecute. (Doc. 21.) Pursuant to Federal Rule of Civil Procedure 58(a), final judgment is hereby **ENTERED** for Defendant.

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 24, 2023.

_____
Keith P. Ellison
United States District Judge